658

No. 896. LEE *v.* PLUMMER, WARDEN. April 4, 1938. Petition for writ of certiorari to the Supreme Court of California, and motion for leave to proceed further *in forma pauperis,* denied. *Howard Lee, pro se.* No appearance for respondent.

No. 838. ATLANTIC REFINING Co. *v.* SMITH ET AL. April 4, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE ROBERTS took no part in the consideration or decision of this application. *Mr. Otto Wolff, Jr.* for petitioner. *Mr. Walter B. Gibbons* for respondents.

No. 818. DOHERTY *v.* UNITED STATES. April 4, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. W. V. Hoagland* for petitioner. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. William W. Barron, W. Marvin Smith,* and *L. E. Birdzell* for the United States. .

No. 820. BROOKLYN TRUST Co. *v.* SHERMAN SQUARE APARTMENTS, INC., ET AL. April 4, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Jacob A. Freedman* and *Ralph W. Crolly* for petitioner. *Messrs. Whitney North Seymour, John Ross Delafield,* and *Emanuel Celler* for respondents.

No. 821. WOLK *v.* UNITED STATES. April 4, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. William C.*

*Green* and *George B. Edgerton* for petitioner. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. William W. Barron* and *W. Marvin Smith* for the United States.

No. 823. LaBUDDE, COLLECTOR OF INTERNAL REVENUE, *v.* CUDAHY BROTHERS Co. April 4, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Acting Solicitor General Bell* for petitioner. *Mr. William F. Hannan* for respondent.

No. 824. WILLIAMS, TRUSTEE IN BANKRUPTCY, *v.* CORDEN CORPORATION ET AL. April 4, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. James M. Naylor* for petitioner. *Messrs. Ernest J. Torregano* and *Charles M. Stark* for respondents.

No. 825. FORT PITT BRIDGE WORKS *v.* COMMISSIONER OF INTERNAL REVENUE. April 4, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Robert T. McCracken* and *Leonard K. Guiler* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *F. E. Youngman* for respondent.

No. 826. KOSOLAPOFF *v.* PETROGRADSKY MEJDUNARODNY KOMMERCHESKY BANK. April 4, 1938. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Harmon S. Graves* for petitioner. *Messrs.*